United States Court of Appeals
Fifth Circuit

**F I L E D**

August 18, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-11174
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KELDRIC WALKER THOMAS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:03-CR-174-ALL-N
--------------------

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed as appellate attorney for defendant-appellant Keldric Walker Thomas has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Thomas was informed of but has not responded to counsel's motion. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.